Appeals for the Seventh Circuit denied. *Mr. John D. Shoaff* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Leon Ulman* for the United States.

No. 309. Texas et al. *v.* Tabasco Consolidated Independent School District. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Grover Sellers,* Attorney General of Texas, *Gaynor Kendall* and *Geo. W. Barcus,* Assistant Attorneys General, for petitioners.

No. 310. Sinclair Refining Co. *v.* Coe, Commissioner of Patents. October 9, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. W. B. Morton, Raymond F. Adams,* and *Clarence M. Fisher* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney* and *W. W. Cochran* for respondent.

No. 315. Laycock et al. *v.* Hidalgo County Water Control & Improvement District No. 12 et al. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. R. Montgomery* for petitioners. *Messrs. Geo. W. Barcus,* Assistant Attorney General of Texas, *D. F. Strickland, Vernon B. Hill,* and *W. L. Matthews* for respondents.

No. 316. Raladam Company *v.* United States. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Rockwell T. Gust* and *David A. Howell* for peti-